151 A.3d 967

SOUL2SOUL RESTAURANT, INC., PLAINTIFF-PETITIONER, v. IB PROPERTIES LLC, DEFENDANT-RESPONDENT.

September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005164-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.